# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MURRIETTA MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>CAPT. PENA,<br><br>Respondent. | Civil No.   14-1832 LAB (BLM)<br><br>**ORDER: (1) CONSTRUING PETITION [ECF No. 1] AS A MOTION TO AMEND IN CASE No. 13CV1457 BTM (WVG);**<br><br>**(2) DIRECTING CLERK TO FILE PETITION [ECF No. 1] AS A MOTION TO AMEND IN CASE No. 13CV1457 BTM (WVG) AND TO CLOSE THIS CASE; and**<br><br>**(3) DENYING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2]AS MOOT** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a motion to proceed in forma pauperis. In his petition, Petitioner challenges his May 10, 2010 conviction in San Diego Superior Court case number 246872. (*See* Pet. at 1, ECF No. 1.)

Petitioner is already challenging his May 10, 2010 conviction in San Diego Superior Court case number 246872 in this Court in case number 13cv1457 BTM (WVG). (*See* So. Cal. Dist. Ct. Case No. 13cv1457 BTM (WVG), ECF No 1.) In that case, a Report and Recommendation was filed on May 20, 2014, and it is currently

before the District Judge assigned to the case for disposition on the Report and Recommendation. (*See* ECF No. 33.) In *Woods v. Carey*, 525 F.3d 886 (9th Cir. 2008), the Ninth Circuit stated that "where a new *pro se* petition is filed before the adjudication of a prior petition is complete, the new petition should be construed as a motion to amend the pending petition rather than a successive application." *Id.* at 888.

## CONCLUSION

Accordingly, the Court **CONSTRUES** the petition in this case [ECF No. 1] as a motion to amend the petition in case no. 13cv1457 BTM (WVG) and **DIRECTS** the Clerk of Court to file the petition in this case [ECF No. 1] as a motion to amend in case no. 13cv1457. The Clerk of Court is also **DIRECTED** to close this case. The motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: August 15, 2014

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge